FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 18 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
        PLAINTIFF

v.                          LR-C-80-109

VERTAC CHEMICAL CORPORATION, et al
        DEFENDANTS

## **ORDER**

The Court being advised that the United States Supreme Court on April 23, 2007 denied the petitions for certiorari filed by Hercules Incorporated ("Hercules") and Uniroyal Chemical, Ltd. n/k/a Chemtura Canada Co./Cie ("Uniroyal"), and that counsel for the United States, Hercules and Uniroyal have reached an agreement to satisfy the judgment in favor of the United States against Hercules in the amount of $119,318,504.00, the judgment in favor of the United States against Uniroyal in the amount of $110,410,161.00, and the judgment in favor of Hercules against Uniroyal in the amount of $711,796.57, as well as the rights of contribution Hercules and Uniroyal have against each other, all as entered in this case on June 9, 2005, together with accrued interest,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Counsel have verified that the United States has received the amounts of $124,492,271.66 from Hercules and $3,068,974.76 from Uniroyal, that Hercules has received the amount of $760,968.79 from Uniroyal, and that these amounts accurately reflect the pre-judgment and post-judgment interest obligations for Hercules and Uniroyal.

Safeco Insurance Company of America, which issued Bond No. 5959149 ("the Supersedeas Bond") on behalf of defendant Hercules and submitted itself to the jurisdiction of this Court in order to stay the enforcement of the judgment during the appellate proceedings, and the Supersedeas Bond are hereby exonerated and discharged.

This Order, to the extent releasing Safeco and the Supersedeas Bond, is without prejudice to any party's contentions regarding whether Hercules and/or Uniroyal has or has not paid all amounts for which it or they may be liable as a result of the judgment previously entered or any subsequent appellate proceedings.

Local counsel for the United States and for Hercules are directed to file appropriate papers with the Clerk to record that the judgments in favor of the United States and Hercules, as reduced to the sums certain specified in the Final Judgment of June 9, 2005, are satisfied. Such notices that the judgment amounts have been satisfied are without prejudice to the right of the United States to present information regarding additional response costs to the Court for a ruling and without prejudice to the rights of the Defendants to challenge any such response costs with any available defenses.

This 18th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

SO MOVED AND CONSENTED:

_____
Stacey E. McCord, Esq.
Assistant U.S. Attorney
425 West Capitol Ave.
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2630

Counsel for the United States


_____
W. Gordon Hamlin, Jr., Esq.
Ga. Bar No. 321412 (admitted pro haec vice)
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree St., N.W.
Atlanta, Georgia 30309-3488
(404) 572-6600

Counsel for Hercules Incorporated


_____
E. B. Chiles, IV, Esq.
Quattlebaum, Grooms, Tull & Burrow PLLC
Suite 1900
111 Center Street
Little Rock, AR 72201
(501) 379-1700

Counsel for Uniroyal Chemical, Ltd. n/k/a Chemtura Canada Co./Cie