IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ET AL.*            PLAINTIFFS

v.          Case No. 4:80-cv-109-DPM

VERTAC CHEMICAL
CORPORATION, *ET AL.*            DEFENDANTS

ORDER

Gordon Hamlin, Richmond Williams, and Mack Norton — counsel for Hercules, Inc. — may bring their cell phones (including smart phones) into the courthouse. The phones may be used as needed outside of any courtroom. When inside the courtroom, the cell phones must be turned off. Putting the cell phones on "vibrate" or "silent" is unacceptable. No phone may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2011