IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ET AL.*                              PLAINTIFFS

v.                          Case No. 4:80-cv-109-DPM

VERTAC CHEMICAL
CORPORATION, *ET AL.*                                           DEFENDANTS

## ORDER

The Court held a status conference on 8 July 2011. In anticipation of the conference, the parties began collaborating about a path to end the receivership and terminate the consent decree. The prospects are promising. The Court will hold another status conference at 2:00 p.m. on 20 October 2011.

It appears from the record that Lee A. Thalheimer's appointment as Receiver for Vertac lapsed on 31 July 2002. Notwithstanding the lapse, his actions between that date and today have been taken pursuant to, and consistent with, authority previously granted by this Court. The Court therefore ratifies those actions. Further, the Court reaffirms all orders about the receivership entered during the lapse. And Mr. Thalheimer is reappointed Receiver for Vertac, *nunc pro tunc*, for a term running from 1 August 2002

until 31 July 2012, with hopes that the receivership can be concluded sooner.

This case began long before electronic filing arrived in the Eastern District of Arkansas. Many lawyers in this case are not registered with the CM-ECF system. All counsel must therefore register if they have not already done so. There is no registration fee. If you do not register, you will not receive notices of electronic filing, nor will you receive hard copies of orders. Counsel have until 31 July 2011 to complete this registration.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

8 July 2011