# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA,** *et al.*                               **PLAINTIFFS**

v.                                    **No. 4:80-cv-109-DPM**

**VERTAC CHEMICAL CORP.,** *et al.*                               **DEFENDANTS**

## ORDER

The Court appreciates the parties' progress on pending tasks and the various reports, *Document Nos. 2591, 2593, & 2594*. The Court requests a short supplemental report from the Receiver — an update — covering these issues.

- An updated estimated budget, with current information about the property taxes, survey, and title insurance.

- Does the parties' agreement about institutional controls cover the anticipated side agreement about maintenance, and if not, where stands that agreement?

- Has there been any further movement on UALR reviewing the records in anticipation of donation and destruction?

Supplemental report due 11 May 2012.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

30 April 2012