# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA,** *et al.*                      **PLAINTIFFS**

v.                              No. 4:80-cv-109-DPM

**VERTAC CHEMICAL CORP.,** *et al.*                         **DEFENDANTS**

## ORDER

The hearing scheduled for September 19th is rescheduled for Tuesday, 18 September 2012, at 10:00 a.m.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2012