IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *et al.*  PLAINTIFF

v.  No. 4:80-cv-109-DPM

VERTAC CHEMICAL CORPORATION, *et al.*  DEFENDANTS

ORDER

The Court again thanks the parties for their cooperation and forward progress. The Court has received proof of publication, *Document No. 2630*, and approves of it, with some supplements, as discussed below. The Court confirms its rulings from the bench at the end of the 19 December 2012 hearing:

- The motion to approve donation of records to UALR, *Document No. 2617*, is granted, with the related financial donation to help pay for archiving expenses to abide the availability of funds as shown in the final accounting;

- Rebecca Brooks's supplements to her objection were due by 31 December 2012, and she filed none. Her objection is overruled for the reasons stated;

- The ADEQ, EPA, and Hercules's report resolving the zoning issues is due by 18 January 2013;

- The ADEQ, EPA, and Hercules's report proposing an architecture for the final order is due by 31 January 2013;

- The revised proposed settlement agreement and accompanying map are due by 31 January 2013;

- The City of Jacksonville's status report, providing a definitive word on the transfer agreement, is due by 28 February 2013;

- Supplemental notice shall be published for thirty days on the ADEQ website and Jacksonville's municipal website beginning 1 February 2013. Notice shall also be published twice in the Jacksonville newspaper *The Leader*, during the month of February 2013. The supplemental notice shall be the same as the previously approved notice, substituting the new objection date and hearing date set below;

- Objections prompted by the supplemental notice shall be filed with the Court no later than 15 March 2013; and

- A hearing to address objections to the amended proposed settlement agreement and to resolve pending motions is set for 27 March 2013 at 10:30 a.m.

The Receiver's appointment will expire on 30 April 2013. To accommodate the possible closing of the planned conveyance, the Court extends the Receiver's appointment until 31 May 2013.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2013

-2-