IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *et al.*                                              PLAINTIFFS

v.                                          No. 4:80-cv-109-DPM

VERTAC CHEMICAL CORPORATION, *et al.*                              DEFENDANTS

ORDER

The Court is a bit bewildered. Hercules's 30 April 2013 notice of conforming changes to the settlement agreement, № 2657, is appreciated. These modest and clarifying revisions were needed. They're all approved. And the Court thanks the parties for seeking, out of an abundance of caution, Court approval of them. But we have again fallen behind schedule. The Court's March 28th Order was plain: the settlement agreement was supposed to be finalized and signed, and the real estate transactions closed, as soon as possible; and notice of completion of both had to be filed by 30 April 2013. *№ 2648 at 4-5*. What happened?

In any event, it is time to sprint across the finish line. The Court orders the parties to sign the settlement agreement and close the real estate transactions by 31 May 2013. The Court orders the Receiver to file his final petition on all loose ends by 11 June 2013. The Receiver's appointment must

now be, and is, extended to 3 July 2013. Any party who misses any of these deadlines without seeking and getting prior Court approval before a deadline must show cause why some sanction would not be appropriate in the circumstances.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

8 May 2013